# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff <br> v. <br> **PAUL D. WELDON, et al.,** <br> Defendants | CASE NO. 1:18-CV-1318 AWI SKO <br><br> **ORDER ON EX PARTE APPLICATION TO STAY** <br><br> (Doc. No. 19) |

Pursuant to the Anti-Deficiency Act (31 U.S.C. § 1341 et seq.), on January 2, 2019, the United States filed a motion to stay this case until the current government shutdown is resolved and the government is once again funded. The United States represents that counsel for the California Franchise Tax Board has no objection, but the counsel for the other Defendants have been unavailable. The Court will grant the United States' ex parte motion to stay.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that**:**

1. Due to a lapse in appropriations for the Department of Justice at midnight on December 21, 2018, the litigation of this matter is **STAYED** until the United States' funding is restored;
2. All pending deadlines in this matter will be extended for the same number of days as the United States' lapse in funding; and
3. Upon adequate funding, the United States will move the Court to lift the stay as soon as possible.

IT IS SO ORDERED.

Dated: __January 3, 2019__                             _____
                                                                            SENIOR DISTRICT JUDGE