RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail: jonathan.m.hauck@usdoj.gov
Western.taxcivil@usdoj.gov

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL D. WELDON, STATE OF CALIFORNIA FRANCHISE TAX BOARD, AND THE COUNTY OF FRESNO <br><br> Defendants. | Case No. 1:18-cv-01318-AWI-SKO <br><br> **STIPULATION TO PRIORITY BETWEEN UNITED STATES AND THE COUNTY OF FRESNO AND ~~PROPOSED~~ ORDER** |

Pursuant to L.R. 137 and L.R. 143, Plaintiff, the United States of America, and defendant the County of Fresno (Fresno County) agree as follows:

1

1. This Stipulation concerns the real property described in paragraph 8 of the United States' Complaint in this case. (ECF No. 1) The real property is known as the "Subject Property." The subject property is located within Fresno County.

2. Fresno County imposes property taxes upon the assessed value of real property within the County. Any Fresno County lien on the Subject Property shall remain until any and all real property taxes due and owing, along with all penalties and costs, are paid in full.

3. To the extent that property taxes imposed by Fresno County have become due and payable, but have not been paid, pursuant to 26 U.S.C. § 6323(b)(6), those property taxes have priority over the United States' interest in the Subject Property. In the event the Subject Property is sold, the United States agrees that proceeds of sale shall be applied to satisfy any property taxes on the Subject Property due and payable before being applied to satisfy the United States' lien.

4. The parties agree to bear their own costs and fees.

5. Fresno County received a copy of the United States' Complaint, waived the service of summons (ECF No. 8), and agrees that this Court has jurisdiction over the res of the Subject Property.

6. Except as stated herein, Fresno County consents to judgment as requested in the United States' Complaint.

7. Fresno County was named as a defendant in this action under 26 U.S.C. § 7403(b). The United States claims no monetary relief against Fresno County in this action. Unless otherwise ordered by the Court, Fresno County is excused from further participation in this case. Fresno County agrees to be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

8. The United States and Fresno County jointly request the Court to approve this stipulation.

DATED this 23rd day of May, 2019.

        Respectfully submitted,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ Jonathan Hauck*
        JONATHAN M. HAUCK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-616-3173 (v)
        202-307-0054 (f)
        Jonathan.m.hauck@usdoj.gov

        *Attorneys for the United States of America*

        */s/ Peter Wall*
        (as authorized via e-mail on May 22, 2019)
        PETER WALL
        Deputy County Counsel
        2220 Tulare St., 5th Floor
        Fresno, CA 93721

        *Attorney for the County of Frenso*

IT IS SO ORDERED.

Dated: May 23, 2019                                     
                                          SENIOR DISTRICT JUDGE