# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL D. WELDON, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:18-cv-01318-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>(Doc. 30) |

On September 25, 2018, Plaintiff United States of America (the "Government") filed this action against Defendant Paul D. Weldon to reduce federal tax liabilities to judgment and to foreclose federal tax liens on real property (the "Subject Property"). (Doc. 1.) The Government also named as defendants State of California Franchise Tax Board ("FTB") and the County of Fresno ("Fresno County"), pursuant to 26 U.S.C. § 7403(b).[1]

On June 10, 2019, the Government filed the present Moton for Leave to Amend the Complaint (the "Motion"). (Doc. 30.) In the Motion, the Government states that since filing the complaint it has become aware that the City of Fresno (the "City") has an Abstract of Judgment recorded against Defendant Weldon, through which the City may claim an interest in the Subject Property. (Doc. 30 at 3.) The Government seeks to add the City as a defendant pursuant to 26

---

[1] Title 26 U.S.C. § 7403(b) provides that "[a]ll persons having liens upon or claiming any interest in the property involved in such action shall be made parties thereto."

U.S.C. § 7403(b). (*See id.*)

Defendant FTB filed a statement of non-opposition to the Motion on July 2, 2019. (Doc. 34.) Defendant Weldon neither filed an opposition nor an extension of time in which to do so. Accordingly, the Motion is deemed unopposed.[2]

In view of the requirement under 26 U.S.C. § 7403(b) that all entities who have liens upon or claim an interest in the Subject Property must be made parties to this action, and in view of Rule 15(a)(2)'s liberal amendment policy, with no showing of bad faith or prejudice to Defendants (as evidenced by the lack of opposition to the Motion), the Court hereby GRANTS the Government's timely-filed Motion for Leave to Amend Complaint (Doc. 30).

The Government SHALL file an amended complaint adding the City of Fresno as a defendant within five (5) days from the date of this order. The Defendants, except Fresno County, shall file a response to the amended complaint within the time permitted by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: __**July 17, 2019**__     /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] The Government and Fresno County have stipulated as to the priority of their respective interests in the Subject Property, and on May 23, 2019, Fresno County was excused from further participation in this case. (*See* Doc. 26.)