RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail:  jonathan.m.hauck@usdoj.gov
        Western.taxcivil@usdoj.gov

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL D. WELDON, ) <br> STATE OF CALIFORNIA FRANCHISE ) <br> TAX BOARD, ) <br> THE COUNTY OF FRESNO, AND ) <br> THE CITY OF FRESNO ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:18-cv-01318-AWI-SKO <br><br><br> **STIPULATED DISCLAIMER OF INTEREST OF DEFENDANT THE CITY OF FRESNO AND** ~~**PROPOSED**~~ **ORDER** |

Pursuant to L.R. 137 and L.R. 143, Plaintiff, the United States of America, and defendant the City of Fresno agree as follows:

1. The United States filed this action, *inter alia*, to reduce to judgment federal tax assessments against Paul D. Weldon and to foreclose federal tax liens against the real property

1

described in paragraph 9 of the United States' First Amended Complaint in this case. (ECF No. 40). The real property is known as the "Subject Property."

2. The City of Fresno was named as a defendant in this action under 26 U.S.C. § 7403(b). The United States claims no monetary relief against the City of Fresno in this action.

3. The City of Fresno received a copy of the United States' First Amended Complaint, waives the service of summons, and agrees that this Court has jurisdiction over the res of the Subject Property.

4. The City of Fresno has an interest in the Subject Property by virtue of an Abstract of Judgment recorded with the Fresno County Recorder on September 21, 2015 (Doc. 2015-0121529) related to Case Number 1:13-CV-00540 LJO-SAB in the United States District Court for the Eastern District of California. The United States does not challenge the existence or validity of the City of Fresno's Abstract of Judgment.

5. While maintaining the existence and validity of its Abstract of Judgment, the City of Fresno hereby disclaims any interest in the Subject Property, or any proceeds from the sale of the Subject Property, with reference to, or because of, this litigation.

6. In light of its disclaimer, the City of Fresno has no interest in this lawsuit, and in there is no further reason for the City of Fresno to participate in this matter.

7. Unless otherwise ordered by the Court, the City of Fresno is excused from further participation in this case.

8. The City of Fresno agrees to be bound by the judgment in this case.

9. The City of Fresno and the United States agree to bear their own costs and fees.

//

10. The United States and the City of Fresno jointly request the Court to approve this stipulation.

DATED this 26th day of July, 2019.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Jonathan Hauck*
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
Jonathan.m.hauck@usdoj.gov

*Attorneys for the United States of America*

*/s/ Erica M. Camarena*
(as authorized via e-mail on July 25, 2019)
ERICA M. CAMARENA
Chief Assistant City Attorney
City of Fresno
2600 Fresno Street
Fresno, CA 93721-3602

*Attorney for the City of Fresno*

IT IS SO ORDERED.

Dated: July 26, 2019

_____
SENIOR DISTRICT JUDGE