RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail:    jonathan.m.hauck@usdoj.gov
           Western.taxcivil@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL D. WELDON, ) <br> STATE OF CALIFORNIA FRANCHISE ) <br> TAX BOARD, ) <br> THE COUNTY OF FRESNO, AND ) <br> THE CITY OF FRESNO ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:18-cv-01318-AWI-SKO <br><br> **STIPULATION TO PRIORITY BETWEEN UNITED STATES AND THE STATE OF CALIFORNIA FRANCHISE TAX BOARD AND** ~~**PROPOSED**~~ **ORDER** |

Pursuant to L.R. 137 and L.R. 143, Plaintiff, the United States of America, and defendant the State of California Franchise Tax Board (FTB) agree as follows:

1. This Stipulation concerns the real property described in paragraph 8 of the United States' Complaint in this case. (ECF No. 1) The real property is known as the "Subject Property." The Subject Property is located within Fresno County.

2. Both the United States and the FTB have an interest in the Subject Property by virtue of recorded liens which encumber the Subject Property. In the event the Subject Property is sold, the United States and the FTB agree that proceeds of sale shall be applied to satisfy any property taxes on the Subject Property, which is due and payable, before being applied to satisfy any taxes owed to the United States or the FTB.

3. After the property taxes on the Subject Property are satisfied, the United States and FTB agree that the funds will then be applied to Mr. Weldon's outstanding income tax liabilities as follows: first, to the FTB for Mr. Weldon's total outstanding income liabilities for tax years 2000 and 2003; second, to the United States for Mr. Weldon's total outstanding income tax liabilities for tax years 2000, 2002, 2003, 2004, 2005, 2006, and 2007; third to the FTB for Mr. Weldon's total outstanding income liabilities for tax years 2007, 2008, 2009, and 2010; fourth, to the United States for Mr. Weldon's total outstanding income tax liability for tax year 2008; fifth, to the FTB for Mr. Weldon's total outstanding income liabilities for tax years 2011 and 2012; sixth, to the United States for Mr. Weldon's total outstanding income tax liabilities for tax years 2010, 2012, and 2013; and finally, if any amounts are left over after payment of all other liability and/or lienholders, the remaining funds from the sale will be sent to the FTB for Mr. Weldon's total outstanding income tax liability for tax years 2004, 2005, and 2006. The parties agree to exchange current payoff information for each tax year at issue upon the sale of the Subject Property in order to file a joint proposed order of distribution.

4. The parties agree to bear their own costs and fees.

5. The FTB received a copy of the United States' Complaint, waived the service of summons (ECF No. 14), and agrees that this Court has jurisdiction over the res of the Subject Property.

6. Except as stated herein, the FTB consents to judgment as requested in the United States' Complaint.

7. The FTB was named as a defendant in this action under 26 U.S.C. § 7403(b). The United States claims no monetary relief against the FTB in this action. Unless otherwise ordered by the Court, the FTB is excused from further participation in this case until such time as a proposed order of distribution may be filed. The FTB agrees to be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

//

//

//

//

//

//

//

8. The United States and the FTB jointly request that the Court approve this stipulation.

DATED this 21st day of February, 2020.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Jonathan Hauck*
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
Jonathan.m.hauck@usdoj.gov

*Attorneys for the United States of America*

Xavier Becerra
Attorney General of California
Molly K. Mosley
Supervising Deputy Attorney General

*/s/Craig D. Rust*
Craig D. Rust
Deputy Attorney General
(As authorized on February 21, 2020)
1300 I Street, P.O. Box 944255
Sacramento, CA 94244-2550

*Attorneys for the State of California Franchise Tax Board*

IT IS SO ORDERED.

Dated: February 21, 2020

_____
SENIOR DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and mailed the document by United States Postal Service to the following:

Paul D. Weldon
P.O. Box 9094
Fresno, CA 93790

Jon Marple
Aegis Tax Defense, LLC
20821 D Eva Street, Suite 82
Montgomery, Texas 77356

*Attorney for Paul D. Weldon*

Craig D. Rust
Deputy Attorney General
Business & Tax Section, Room 1060-6
Office of the Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA 94244-2550

*Attorney for the State of California Franchise Tax Board*

Peter Wall
Deputy County Counsel
2220 Tulare St., 5th Floor
Fresno, CA 93721

*Attorney for the County of Fresno*

                                                 */s/ Jonathan M. Hauck*
                                                 JONATHAN M. HAUCK
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice