**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL WELDON, STATE OF CALIFORNIA FRANCHISE TAX BOARD, THE COUNTY OF FRESNO, AND THE CITY OF FRESNO<br><br>　　　　Defendants. | CASE NO. 1:18-cv-01318-AWI-SKO<br><br>**ORDER CONTINUING DEADLINE TO FILE PROPOSED ORDER OF SALE OR STATUS REPORT TO JULY 31, 2023** |

    On January 25, 2021, the Court issued an order granting Plaintiff United States of America's motion for summary judgment (except as to attorneys' fees) and ordering the United States to file a proposed order of sale for real property belonging to Defendant Paul Weldon at 6519 West Olive Avenue, Fresno, California. Doc. No. 73. Weldon appealed the judgment to the Ninth Circuit Court of Appeals. Doc. Nos. 74 & 75. On June 29, 2022, the judgment was affirmed, Doc. No. 87; on September 28, 2022, the Ninth Circuit denied Weldon's petition for panel rehearing, Doc. No. 89; and on October 6, 2022, the Ninth Circuit issued a formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure providing that judgment take effect on June 29, 2022. Doc. No. 90.

    During the period the appeal was pending, the Court denied Weldon's motion for stay without prejudice on the grounds, *inter alia*, that Weldon could not show a threat of irreparable

1  harm because the United States had not yet filed a proposed order of sale for his property. Doc.
2  No. 81 at 2. In addition, the United States filed several status reports requesting additional time to
3  file a proposed order of sale on the grounds that the property in question is Weldon's primary
4  residence and the United States did not wish to displace him during the COVID-19 pandemic.
5  Doc. No. 86 at 2:4-5; see also Doc. Nos. 82 & 85.

6        The Court takes judicial notice of the fact that "[b]ased on current COVID-19 trends, the
7  Department of Health and Human Services [] is planning for the federal Public Health Emergency
8  [] for COVID-19 … to expire at the end of the day on May 11, 2023." See U.S. Dept. of Health &
9  Human Services, "Fact Sheet: COVID-19 Public Health Emergency Transition Roadmap," Feb. 9,
10  2023 (available at https://www.hhs.gov/about/news/2023/02/09/fact-sheet-covid-19-public-health-
11  emergency-transition-roadmap.html as of March 6, 2023).

12        Accordingly, IT IS HEREBY ORDERED that the deadline for the United States to file
13  either a proposed order of sale as to the property at issue in this case or a status report requesting
14  additional time to do so, see Doc. No. 73 at 13:8-11, is CONTINUED to July 31, 2023.

15
16  IT IS SO ORDERED.
17  Dated:   March 6, 2023                                     _____
                                                                SENIOR DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28